☑ Original

**CLERK'S OFFICE**
A TRUE COPY
Apr 29, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 24 MJ 109 |
| information associated with the Roblox account username: KK24wi. | ) | |
| the account is stored at premises owned, maintained, controlled, or | ) | |
| operated by ROBLOX Corp., a company headquartered in San | ) | |
| Mateo, California, located at 970 Park Place, San Mateo, CA 94403. | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

        Please see Attachment A.

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

        Please see Attachment B.

        **YOU ARE COMMANDED** to execute this warrant on or before _____05/13/2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable William E. Duffin_____.
                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     _____04/29/2024 at 11:40 a.m._____          *William E. Duffin*
                                                                          *Judge's signature*

City and state:     _____Milwaukee, WI_____          Honorable William E. Duffin, U.S. Magistrate Judge
                                                        *Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-MJ-109 | 04/30/2024 12:52 PM | Kodex LE PORTAL |

Inventory made in the presence of :

SA Heather WRIGHT

Inventory of the property taken and name(s) of any person(s) seized:

On 05/06/2024, Subscriber information was provided by Roblox via Kodex law enforcement portal download.

On 05/15/2024, Additional and Complete information was provided by Roblox via the Kodex law enforcement portal download.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/05/2025

_____
Executing officer's signature

Heather WRIGHT, Special Agent
Printed name and title

## **ATTACHMENT A**

## **Property to Be Searched**

This warrant applies to information associated with the Roblox account username (the "TARGET ACCOUNT"):

      i.  **KK24wi**

The TARGET ACCOUNT is stored at premises owned, maintained, controlled, or operated by ROBLOX Corp., a company headquartered in San Mateo, California, located at 970 Park Place, San Mateo, CA 94403.

# ATTACHMENT B

## Particular Things to be Seized

## I.    Information to be Disclosed by Roblox

To the extent that the information described in Attachment A is within the possession, custody, or control of ROBLOX Corp. ("Roblox"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Roblox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Roblox is required to disclose the following information to the government for the TARGET ACCOUNT listed in Attachment A::

1. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

2. All activity logs for the account and all other documents showing the user's posts and other Roblox activities since January 1, 2021;

3. All photos and videos uploaded by the TARGET ACCOUNT and all photos and videos uploaded by any user that have that user tagged in them since January 1, 2021, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

4. All profile information, including news feed information; status updates; videos, photographs, articles, and other items; notes; wall postings; friend lists; contacts lists; groups and networks of which the user is a member, including the groups; future and past event postings; comments; gifts; tags; and information about the user's access and use of Rob lox applications;

5. All records or other information regarding the devices and internet browsers associated with, or used in connection with the TARGET ACCOUNT, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

6. All other records and contents of communications and messages made or received by the user since January 1, 2021, including in game, website chat, all public and private messages, chat history, forum posts, group wall posts, personal posts, video and voice calling history;

11

7. All other records and contents of communications and messages made or received by the user since January 1, 2021, including in game, website chat, all public and private messages, chat history, forum posts, group wall posts personal posts, video and voice calling history;

8. All IP logs, including all records of the IP addresses that logged into the accounts;

9. All past and present lists of friends/contact lists on the accounts, including blocked accounts;

10. All records of searches performed by the accounts;

11. The types of service utilized by the users;

12. The length of service (including start date) and the means and source of any payments associated with any of the services offered by Roblox (including any credit card or bank account number);

13. All privacy settings and other account settings;

14. All records pertaining to communications between Roblox and any person regarding the user or the user's Roblox account, including contacts with support services and records of actions taken;

15. Any and all linked and associated social media accounts; and

16. All Roblox accounts linked by machine cookie and browser information.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2422(b) involving "KK24wi" and occurring from January 1, 2021 to the present. Specifically, for TARGET ACCOUNT identified on Attachment A, the following matters:

(a) All information, documents, images, videos, and communications relating to attempts by any person to persuade, induce, entice, or coerce any minor to engage in sexual activity, prostitution, or creation of distribution of pornography;

(b) (b) All images or videos of minors or persons reasonably believed to be minors, to

12

include Victim;

(c)    All names, addresses, address books, and any lists of names and addresses of individuals who may have been in contact with or contacted by the operator of the TARGET ACCOUNT by use of the computer or by other means;

(d)    All information identifying persons seeking to persuade, induce, entice, or coerce any minor to engage in sexual activity, prostitution, or creation of distribution of pornography;

(e)    All communications relating to sexual activity involving children, threats/harassment of children or sexual activity with children;

(f)    All information related to membership in online groups, clubs, or services that make or provide child erotica, child pornography, or actual children to members; and

(g)    All information relating to personal contact and any other activities with minors.

13